IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HEATH WHITT, # 222052, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO.1:21-cv-761-ECM |
| | ) (WO) |
| DONALD VALENZA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On November 24, 2021, the Magistrate Judge entered a Recommendation (doc. 5) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for lack of jurisdiction.

Other than the filing fee already assessed, no costs are taxed.

A separate Final Judgment will be entered.

Done this 16th day of December, 2021.

                                           /s/ Emily C. Marks
                                           EMILY C. MARKS
                                           CHIEF UNITED STATES DISTRICT JUDGE